

Search for Cases by: Select Search Method... ▾

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print          GrantedPublicAccess  **Logoff BRIANMNYE1**

**19CA-CC00237 - LEANNE JOHNSON V QUIKTRIP CORPORATION (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ⦿ Descending  ◯ Ascending          Display Options: All Entries ▾

---

**12/02/2019**  ☐ **Order Granting Ext of Time**

**11/26/2019**  ☐ **Proposed Order Filed**
Order for Extension of Time To Respond To Discovery; Electronic Filing Certificate of Service.
    **Filed By:** CLIFTON MICHAEL DAVIS

☐ **Motion for Extension of Time**
Motion For Extension Of Time To Respond To First Interrogatories And First Request For Production Of Documents To Leanne Johnson; Electronic Filing Certificate of Service.
    **Filed By:** CLIFTON MICHAEL DAVIS
    **On Behalf Of:** LEANNE JOHNSON

**10/30/2019**  ☐ **Cert Serv Req Prod Docs Things**
Certificate of Service; Electronic Filing Certificate of Service.
    **Filed By:** BRIAN NYE
    **On Behalf Of:** QUIKTRIP CORPORATION

**10/29/2019**  ☐ **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** KARRIE JANELL CLINKINBEARD
    **On Behalf Of:** QUIKTRIP CORPORATION

☐ **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** BRIAN NYE
    **On Behalf Of:** QUIKTRIP CORPORATION

☐ **Answer Filed**
Defendant QuikTrip Corporations Answer to Plaintiff Leanne Johnsons Petition; Electronic Filing Certificate of Service.
    **Filed By:** BRIAN NYE
    **On Behalf Of:** QUIKTRIP CORPORATION

**10/04/2019**  ☐ **Corporation Served**
Document ID - 19-SMCC-635; Served To - QUIKTRIP CORPORATION; Server - ; Served Date - 03-OCT-19; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Notice of Service**
19-SMCC-635; Electronic Filing Certificate of Service.

**09/24/2019**  ☐ **Summons Issued-Circuit**

Document ID: 19-SMCC-635, for QUIKTRIP CORPORATION.

**09/23/2019** ☐ **Filing Info Sheet eFiling**
        **Filed By:** CLIFTON MICHAEL DAVIS

      ☐ **Note to Clerk eFiling**
        **Filed By:** CLIFTON MICHAEL DAVIS

      ☐ **Pet Filed in Circuit Ct**
      Petition for Injury.
        **On Behalf Of:** LEANNE JOHNSON

      ☐ **Judge Assigned**

Electronically Filed - Cass - September 23, 2019 - 12:26 PM

**IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI**
**AT HARRISONVILLE**

**LEANNE JOHNSON**
**804 S. Vassar Ave**
**Independence, Missouri 64054**

**PLAINTIFF,**

**v.**                                        **Case No.**
                                             **Division:**

**QUIKTRIP CORPORATION**
**An Oklahoma Corporation**

**SERVE: CT Corporation System**
**120 South Central Avenue**
**Clayton, Missouri 63105**

**DEFENDANT.**

### PETITION

COMES NOW Plaintiff, by and through her attorney of record, and for her cause of action against Defendant, states and alleges as follows:

1.      Plaintiff is an individual resident of Jackson County, Missouri residing at the address set forth above.

2.      Defendant is an Oklahoma Corporation licensed to and doing business in the State of Missouri and that Defendant owns and operates the QuikTrip located at 1402 N. Rte. 291, Harrisonville, Missouri 64701.

3.      All facts and transactions necessary for this Court's jurisdiction either occurred or happened in Cass County, Missouri.

4.      At all times hereinafter mentioned the deeds, acts, omissions, and knowledge attributed to the Defendant were performed, omitted, or known by the Defendant, by and through its agents, servants, and employees acting in the course and scope of their respective employment with Defendant.

5.      At all times herein mentioned, Defendant owned and maintained the subject property where Plaintiff was injured.

1

6.      The amount in controversy exceeds $25,000, exclusive of interest and costs.

7.      On or about June 12, 2018, Plaintiff was a business invitee on Defendant's QuikTrip gas station located at 1402 N. Rte. 291, Harrisonville, Missouri when she was injured when the hose assembly tore away from the pump tower and struck her on her neck, back, and shoulders, immediately covering her body in gasoline, and causing her serious injury due to the negligence and carelessness of Defendant, by and through its agents, servants, and employees.

8.      Plaintiff's injury was a direct result of the dangerous condition.

9.      The dangerous condition created a reasonably foreseeable risk of harm such as that suffered by plaintiff.

10.     Defendant owed Plaintiff a reasonable degree of care in inspecting and maintaining the said premises in a safe condition while under its control to warn of any dangerous conditions or barricade any dangerous condition.

11.     Defendant breached the duty it owed Plaintiff in the following respects:

    A)      Defendant failed to regularly inspect subject gasoline pump equipment;

    B)      Defendant allowed the subject gasoline pump to remain in a condition that
            made the premises unreasonably dangerous;

    C)      Defendant knew or should have known about the condition and knew that such
            conditions were not reasonably safe;

    D)      In the exercise of ordinary care, Defendant should have known that persons such
            as the Plaintiff would not discover such condition or realize the risk of harm;

    E)      Defendant failed to use ordinary care to either make the dangerous condition
            reasonably safe or adequately warn of the condition or barricade it;

    F)      Defendant failed to have reasonable first-aid supplies on hand to treat gasoline
            exposure;

    G)      Defendant failed to train employees on what to do when a customer is injured;

12.     As a direct and proximate result of the carelessness and negligence of Defendant

2

and/or its employees, agents, and/or servants Plaintiff sustained damages, to wit: she sustained severe tissue,

muscle, spinal damage, nerve damage, kidney damage, loss of mobility in her legs,

difficulties walking and standing, sleeplessness, anxiety, and requires therapy; that Plaintiff's

injuries are serious and disabling and will continue to be so in the future; and she has incurred

medical bills in the amount of $6000.00 and she continues to currently incur medical bills and will

continue to incur medical bills in the future.

13. WHEREFORE, Plaintiff prays for damages in such amount as is fair and

reasonable, in excess of $25,000.00, together with costs, and such other and further relief as the Court shall

deem just and proper.

McELLIGOTT EWAN & HALL
A Professional Corporation

_____

CLIFTON DAVIS - #68839
Three Trails Law Building
233 West Walnut
Independence, Missouri 64050
TEL: (816)833-1222; FAX: (816) 836-2437
E-MAIL: clifton.davis@mehkpclaw.com
ATTORNEY FOR PLAINTIFF

3



# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>R. MICHAEL WAGNER | **Case Number: 19CA-CC00237** |
| Plaintiff/Petitioner:<br>LEANNE JOHNSON | Plaintiff's/Petitioner's Attorney/Address<br>CLIFTON MICHAEL DAVIS<br>ST CHRISTOPHER #1402<br>COLUMBIA, MO 65203 |
| vs. | |
| Defendant/Respondent:<br>QUIKTRIP CORPORATION | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Pers Injury-Other | |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  QUIKTRIP CORPORATION

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO 63105**





*COURT SEAL OF*

*CASS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| /s/ Kim York, Circuit Clerk, 9/24/2019, 01:21 PM | |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                              Date                                              Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only* **Document Id #19-SMCC-635**    1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00015-BCW   Document 1-1   Filed 01/08/20   Page 6 of 23

Electronically Filed - Cass - October 04, 2019 - 03:51 PM

Return    SIB
10-24

# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>R. MICHAEL WAGNER | Case Number: 19CA-CC00237 |
| Plaintiff/Petitioner:<br>LEANNE JOHNSON | Plaintiff's/Petitioner's Attorney/Address<br>CLIFTON MICHAEL DAVIS<br>ST CHRISTOPHER #1402<br>COLUMBIA, MO 65203 |
| vs. | |
| Defendant/Respondent:<br>QUIKTRIP CORPORATION | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: QUIKTRIP CORPORATION

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO 63105**          BOCTCORe

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| /s/ Kim York, Circuit Clerk, 9/24/2019, 01:21 PM | |
|---|---|
| Date | Clerk |

*CASS COUNTY*

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of _____ 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: ~~LCW – B. LOVE~~ (name) _____ ~~INTAKE SPECIALIST~~ (title).

☑ other: _____

Served at _____ ~~CT CORPORATION~~ _____ (address)

in _____ (County/City of St. Louis), MO, on OCT 03 2019 (date) at _____ (time).

**William Rinehart**
~~Deputy Sheriff~~

Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                        Date                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SEP 3 0 2019
RECEIVED 2:47

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 19-SMCC-635**          1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

19-SMCC-9199

LCW - B. LOVE

INTAKE SPECIALIST

OCT 03 2019

William Rineheart
Deputy Sheriff

Electronically Filed - Cass - October 29, 2019 - 08:21 AM

IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE

| | |
|---|---|
| **LEANNE JOHNSON**, | ) |
| | ) |
| Plaintiff, | ) Case No.  19CA-CC00237 |
| | ) |
| vs. | ) |
| | ) |
| **QUIKTRIP CORPORATION,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT QUIKTRIP CORPORATION'S ANSWER TO PLAINTIFF
LEANNE JOHNSON'S PETITION**

Defendant QuikTrip Corporation ("QT"), by and through counsel, submits the following

Answer to Plaintiff's Petition for Damages:

1.      QT lacks sufficient information or knowledge to admit or deny the allegations in

paragraph 1.

2.      In response to paragraph 2, QT admits it is an Oklahoma corporation that

conducts business in Missouri including at 1402 N. 291 Highway, Harrisonville, Missouri 64701

(Store #247).

3.      The allegations in paragraph 3 contain legal conclusions to which a response is

not required.  To the extent a response is deemed required,  QT denies the allegations.

4.      The allegations in paragraph 4 contain legal conclusions to which a response is

not required.  To the extent a response is deemed required,  QT lacks sufficient information or

knowledge to admit or deny the allegations and therefore denies the same.

5.      In response to paragraph 5, QT admits Plaintiff was present at Store #247 on June

11, 2019.  QT denies liability for Plaintiff's alleged injuries.

6.      The allegations in paragraph 6 contain legal conclusions to which a response is not required. To the extent a response is deemed required, QT lacks sufficient information or knowledge to admit or deny the allegations and therefore denies the same.

7.      The allegations in paragraph 7 contain legal conclusions to which a response is not required. To the extent a response is deemed required, QT denies the allegations. QT denies liability for Plaintiff's alleged injuries.

8.      QT denies the allegations in paragraph 8.

9.      QT denies the allegations in paragraph 9.

10.     The allegations in paragraph 10 contain legal conclusions to which a response is not required. To the extent a response is deemed required, QT denies it breached any duty owed to Plaintiff.

11.     QT denies the allegations in paragraph 11, including subparagraphs (a) through (g).

12.     QT denies the allegations in paragraph 12.

13.     QT denies Plaintiff is entitled to the relief sought in paragraph 13.

WHEREFORE, QT prays that Plaintiff take nothing by way her Petition for Damages, for its costs expended and incurred herein, and for such further relief as the Court deems just and proper.

### **Jury Trial Demand**

Defendant QT demands a trial by jury on all issues so triable.

## **Affirmative and Additional Defenses**

1.      QT denies each and every allegation not specifically admitted herein.

2.      Plaintiff's Petition for Damages fails to state a claim against QT upon with relief can be granted.  QT had no knowledge of the alleged dangerous condition on its property and did not breach any duties owed to Plaintiff.

3.      Any injuries or damages sustained by Plaintiff, which QT denies, were directly and/or proximately caused or contributed to by Plaintiff's negligence or fault.

4.      Any injuries or damages sustained by Plaintiff, which QT denies, were directly and/or proximately caused or contributed to by the negligence or fault of other persons or entities not within QT's control.

5.      Any injuries or damages sustained by Plaintiff, which QT denies, were not caused or contributed to in any degree by any negligence, fault or wrongdoing on the part of QT.

6.      If Plaintiff was injured or damaged, which QT denies, to the extent allegations of fault remain as to QT, the fault of Plaintiff and/or other persons or entities involved in the occurrence should be compared and/or apportioned so as to diminish or preclude recovery from QT.

7.      Plaintiff failed to use ordinary care while present at QT at or near the time of the alleged occurrence and such failure directly caused or contributed to any and/or all of Plaintiff's alleged damages.

8.      Plaintiff failed to keep a careful lookout and such failure caused or contributed to any and/or all of Plaintiff's alleged damages.

9.      QT contests the nature and extent of Plaintiff's alleged damages.

10.     If Plaintiff suffered any damage, which QT denies, such damages and any recovery should be reduced pursuant to Mo. Rev. Stat. § 490.715.

11.     QT is entitled to credit in the amount of any settlement Plaintiff receives from any tortfeasor, as such credit constitutes a satisfaction and offset pursuant to Mo. Rev. Stat. § 537.060.

12.     If Plaintiff suffered any damages, which QT denies, Plaintiff failed to comply with the procedures in Mo. Rev. Stat. §408.040 and is not entitled to prejudgment interest.

13.     Plaintiff failed to mitigate her damages.

14.     QT reserves the right to raise additional affirmative defenses as may be learned through discovery.

WHEREFORE having fully answered Plaintiff's Petition for Damages, QT prays for judgment in its favor and for its costs and reasonable attorney's fees and whatever further relief the Court deems just and proper under the circumstances.

ARMSTRONG TEASDALE LLP

By:   */s/ Brian M. Nye*
        Karrie J. Clinkinbeard                    #51413
        Brian M. Nye                                   #69545
        2345 Grand Boulevard, Suite 1500
        Kansas City, Missouri 64108-2617
        816.221.3420
        816.221.0786 (Facsimile)
        kclinkinbeard@armstrongteasdale.com
        bnye@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 29th day of October, 2019, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

*/s/ Brian M. Nye*
ATTORNEY FOR DEFENDANT QUIKTRIP
CORPORATION

IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE

**LEANNE JOHNSON**,       )
                          )
                    Plaintiff,   )
                          )     Case No.    19CA-CC00237
                          )
vs.                       )
                          )
**QUIKTRIP CORPORATION,**  )
                          )
                    Defendant.   )
                          )

## ENTRY OF APPEARANCE

COMES NOW Brian M. Nye of the law firm of Armstrong Teasdale LLP and enters his

appearance on behalf of Defendant, QuikTrip Corporation, in the above captioned case.

ARMSTRONG TEASDALE LLP

By: */s/ Brian M. Nye* _____
        Karrie J. Clinkinbeard          #51413
        Brian M. Nye                    #69545
        2345 Grand Boulevard, Suite 1500
        Kansas City, Missouri 64108-2617
        816.221.3420
        816.221.0786 (Facsimile)
        kclinkinbeard@armstrongteasdale.com
        bnye@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of October, 2019, a true and
accurate copy of the above and foregoing was e-filed with the Court which sent notification to all
parties entitled to service.

        */s/ Brian M. Nye* _____
        ATTORNEY FOR DEFENDANT QUIKTRIP
        CORPORATION

IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE

| | |
|---|---|
| **LEANNE JOHNSON**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.   19CA-CC00237 |
| vs. | ) |
| | ) |
| **QUIKTRIP CORPORATION,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ENTRY OF APPEARANCE

COMES NOW Karrie J. Clinkinbeard of the law firm of Armstrong Teasdale LLP and enters her appearance on behalf of Defendant, QuikTrip Corporation, in the above captioned case.

ARMSTRONG TEASDALE LLP

By: */s/ Karrie J. Clinkinbeard* _____
Karrie J. Clinkinbeard          #51413
Brian M. Nye                    #69545
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
kclinkinbeard@armstrongteasdale.com
bnye@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of October, 2019, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

*/s/ Karrie J. Clinkinbeard* _____
ATTORNEY FOR DEFENDANT QUIKTRIP
CORPORATON

Electronically Filed - Cass - October 30, 2019 - 10:15 AM

IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE

| | |
|---|---|
| **LEANNE JOHNSON**, | ) |
| | ) |
| Plaintiff, | ) Case No. 19CA-CC00237 |
| | ) |
| vs. | ) |
| | ) |
| **QUIKTRIP CORPORATION,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019 *Defendant QuikTrip Corporation's First Request for Production to Plaintiff* and *Defendant QuikTrip Corporation's First Set of Interrogatories to Plaintiff*, along with this Certificate of Service were served via electronic mail to the following:

Clifton Davis
MCELLIGOTT EWAN & HALL
Three Trails Law Building
233 West Walnut
Independence, MO 64050
Clifton.davis@mehkpclaw.com

Electronically Filed - Cass - October 30, 2019 - 10:15 AM

ARMSTRONG TEASDALE LLP

By: _/s/ Brian M. Nye_
     Karrie J. Clinkinbeard        #51413
     Brian M. Nye                #69545
     2345 Grand Boulevard, Suite 1500
     Kansas City, Missouri 64108-2617
     816.221.3420
     816.221.0786 (Facsimile)
     kclinkinbeard@armstrongteasdale.com
     bnye@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on the 30th day of October, 2019, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

     _/s/ Brian M. Nye_
     ATTORNEY FOR DEFENDANT QUIKTRIP
     CORPORATION

**IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE**

| | | |
|---|---|---|
| **LEANNE JOHNSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.:**   **19CA-CC00237** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **QUIKTRIP CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST
## INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
## TO LEANNE JOHNSON

COMES NOW LEANNE JOHNSON, by and through her attorney of record, and moves this Court for its order allowing her until December 26, 2019 to file her objections or otherwise respond to First Interrogatories and First Request For Production of Documents propounded to her by Defendant QuikTrip Corporation.

1.     Plaintiff is currently suffering from and receiving treatment for health issues.

2.     Plaintiff requires additional time to review and collect all information needed with her attorney.

3.     That granting this Motion will allow LEANNE JOHNSON to have time to properly respond or object to the discovery.

WHEREFORE, Plaintiff LEANNE JOHNSON, prays for an Order allowing her until December 26, 2019 to file her responses to First Interrogatories and First Requests For Production of Documents propounded to her by Defendant.

McELLIGOTT EWAN & HALL
A PROFESSIONAL CORPORATION

Dated: November 26, 2019

*/s/ Clifton Davis*
CLIFTON DAVIS- #68839
Three Trails Law Building
233 West Walnut
Independence, MO 64050-3878
EMAIL clifton.davis@mehkpclaw.com
(816) 833-1222 FAX (816) 836-2437
ATTORNEY FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 26th day of November, 2019 via the Court's electronic filing system on the following attorneys of record:

Karrie J. Clinkinbeard
Brian M. Nye
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
kclinkinbeard@armstrongteasdale.com
bnye@armstrongteasdale.com
Attorney for Defendant

/s/ Clifton Davis
Clifton Davis

2

I:\Cliff's Files\Personal Injury\Johnson, Leanne\Pleadings.Drafts\Motion for Extension of Time to Answer Discovery.docx

## IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
## AT HARRISONVILLE

| | | |
|---|---|---|
| **LEANNE JOHNSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.:**     **19CA-CC00237** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **QUIKTRIP CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Now on this day this Court, having before it LEANNE JOHNSON'S Motion for Extension of Time To Respond To First Interrogatories And First Requests For Production Of Documents propounded to her by QUIKTRIP CORPORATION hereby sustains said Motion, and enters its Order allowing LEANNE JOHNSON, until December 26, 2019 to file her responses to said First Interrogatories And First Requests for Production Of Documents.

DATED:_____          _____

                                                   JUDGE/COMMISSIONER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 26th day of November, 2019 via the Court's electronic filing system on the following attorneys of record:

Karrie J. Clinkinbeard
Brian M. Nye
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
kclinkinbeard@armstrongteasdale.com
bnye@armstrongteasdale.com
Attorney for Defendant

/s/ Clifton Davis
Clifton Davis

FILED
Cass County
Circuit Court
12/2/2019, 02:02 PM

## IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
## AT HARRISONVILLE

| | | | |
|---|---|---|---|
| **LEANNE JOHNSON** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | Case No.: | **19CA-CC00237** |
| | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **QUIKTRIP CORPORATION,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

### ORDER

Now on this day this Court, having before it LEANNE JOHNSON'S Motion for Extension of Time To Respond To First Interrogatories And First Requests For Production Of Documents propounded to her by QUIKTRIP CORPORATION hereby sustains said Motion, and enters its Order allowing LEANNE JOHNSON, until December 26, 2019 to file her responses to said First Interrogatories And First Requests for Production Of Documents.

DATED:_____ 12/2/19

_____
JUDGE/COMMISSIONER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 26th day of November, 2019 via the Court's electronic filing system on the following attorneys of record:

Karrie J. Clinkinbeard
Brian M. Nye
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
kclinkinbeard@armstrongteasdale.com
bnye@armstrongteasdale.com
Attorney for Defendant

*/s/ Clifton Davis*
Clifton Davis