IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

LEANNE JOHNSON                     )
                                   )
             Plaintiffs,           )        Case No.  4:20-cv-00015-BCW
        v.                         )
                                   )
                                   )
QUICKTRIP CORPORATION,             )
                                   )
             Defendant.            )

## STIPULATION OF DISMISSAL

The Parties, pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate to a dismissal of this matter without prejudice, with each party to bear their own costs.

SEEN AND AGREED                               SEEN AND AGREED

*MCELLIGOTT EWAN & HALL, P.C.*                *ARMSTRONG TEASDALE LLP*

/s/ Clifton Davis_____              /s/ Brian M. Nye_____
*Clifton Davis      MO No. 68839*             *Karrie J. Clinkinbeard MO No. 51413*
*233 West Walnut Avenue*                       *Brian M. Nye        MO No. 69545*
*Independence, Missouri 64050*                 *2345 Grand Boulevard, Suite 1500*
*Telephone: (816) 833-1222*                    *Kansas City, Missouri 64108-2617*
*Facsimile: (816) 836-2437*                    *Telephone: (816) 221 3420*
*clifton.davis@mehkpclaw.com*                  *Facsimile: (816) 221 0786*
                                               *Kclinkinbeard@atllp.com*
**Attorneys for Plaintiff**                    *bnye@atllp.com*

                                               **Attorneys for Defendant**